**Don CRUDUP, Plaintiff–Appellant,**

v.

**Sgt. ENGLEHART; Officer Schulte, Defendants–Appellees.**

No. 14–7158.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2014.

Decided: Jan. 14, 2015.

Don Crudup, Appellant pro se. Nichole Cherie Gatewood, Office of the Attorney General of Maryland, Baltimore, MD, for Appellees.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don Crudup appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Crudup v. Englehart*, No. 1:13–cv–03479–JKB (D. Md. filed Oct. 16, 2014; entered Oct. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*